# First District Court of Appeal
## State of Florida

_____

No. 1D17-3643
_____

TERRY ADKISON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

July 17, 2018


PER CURIAM.

    AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rachael Elizabeth Reese of O'Brien Hatfield, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.